# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY JOHNSON, | Case No.: CV 13-07185-CJC (Ex) |
| Plaintiff, | Honorable Cormac J. Carney, Judge<br>Courtroom 9B, Santa Ana |
| vs. | |
| CITY OF LONG BEACH, et al.,<br>Defendants. | **JUDGMENT FOLLOWING<br>DISMISSAL WITH PREJUDICE** |

At a status conference on June 1, 2015, the Court dismissed the entire action with prejudice for plaintiff's failure to participate in the preparation of the pretrial filing documents as required by the Federal Rules of Civil Procedure and the Local Rules of the Central District as well as his failure to attend the status conference and failure to prosecute this action.

/ / /

/ / /

/ / /

1

**JUDGMENT FOLLOWING DISMISSAL WITH PREJUDICE**

IT IS ORDERED:

1. That judgment be entered in favor of defendants CITY OF LONG BEACH, et al., against plaintiff ANTHONY JOHNSON;

2. That plaintiff ANTHONY JOHNSON recover nothing; and

3. That defendant CITY OF LONG BEACH recover costs from plaintiff ANTHONY JOHNSON.

DATED: June 17, 2015

_____

Hon. Cormac J. Carney
United States District Judge

2

**JUDGMENT FOLLOWING DISMISSAL WITH PREJUDICE**